```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEVIN CAPLE                          :       CIVIL ACTION
                                     :
       v.                            :
                                     :
DAIICHI SANKYO U.S. PHARMA,          :
INC., et al.                         :       NO. 10-1271
```

ORDER

AND NOW, this 20th day of December, 2011, upon consideration of plaintiff Nevin Caple's ("Caple") complaint (docket entry # 1), defendant Daiichi Sankyo U.S. Pharma, Inc.'s ("DSI") motion for summary judgment and exhibits attached thereto (docket entries ## 18 & 19), Caple's memorandum of law in opposition to motion for summary judgment (docket entry # 21), and DSI's reply thereto (docket entry # 22), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

       1.   Defendant DSI's motion for summary judgment (docket entry # 18) is GRANTED as to plaintiff Nevin Caple's remaining breach of contract, Pennsylvania Wage Payment and Collection Law, and 42 U.S.C. § 1981 claims; and

       2.   The Clerk shall CLOSE this case statistically.

BY THE COURT:

\_\s\Stewart Dalzell